**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 21-mj-00206 (GMH)** |
| | : | |
| | : | |
| **HENOS WOLDEMICHAEL,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO**
**SET STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America (the "government") and counsel for the defendant, Henos Woldemichael, hereby jointly move this Court to exclude the time in which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*, from June 15, 2023 to the next status hearing. The parties also ask that the Court set a status hearing in the next 60 days, or at a time convenient for the Court. In support of this joint motion, the undersigned states as follows:

1. The parties last convened for Woldemichael's pretrial violation hearing on July 11, 2023, which had been rescheduled from its original date on June 15, 2023. Time had been excluded through June 15, 2023 by this Court's order (ECF 36), but was inadvertently not excluded during the subsequent hearing. In addition to the unprecedented amount of discovery to be disclosed and reviewed in this case that is underway and ongoing (as this is a case arising from the January 6, 2021 breach of the United States Capitol), the parties are currently exchanging additional information regarding potential mitigating factors for this defendant.

2. The parties have engaged in active plea negotiations during this time, and continue to have productive plea negotiations through the date of this joint motion which are

ongoing.

WHEREFORE, the United States, along with counsel for the defendant, respectfully requests that this Court exclude the time from June 15, 2023, until the next status hearing set by this Court, within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: _____

Victoria A. Sheets
 NY Bar No. 5548623
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 252-7566
victoria.sheets@usdoj.gov

Katie D'Adamo Guevara
Assistant Federal Public Defender
Office of the Federal Public Defender for DC
625 Indiana Avenue, N.W.
Washington, DC 20004

2